IN FORMA PAUPERIS DECLARATION

<u>Superior Court, State of Delaware</u>
[Insert appropriate court]

<u>Kevin McCray</u>
(Petitioner)

v.

<u>State of Delaware</u>
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED

*IN FORMA PAUPERIS*

I, <u>Kevin McCray</u>, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ] No [x]

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of Self-employment? Yes [ ] No [x]
    b. Rent payments, interest or dividends? Yes [ ] No [x]
    c. Pensions, annuities or life insurance payments? Yes [ ] No [x]
    d. Gifts or inheritances? Yes [ ] No [xx]
    e. Any other sources. Yes [ ] No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

_____

3. Do you own cash, or do you have money in a checking or savings account? Yes [ ] No [X] (include any funds in prison accounts.) If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ] No [X] If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____None_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2007.
(date) K.M.

x *Kevin McCray*
Signature of Petitioner

*Kevin McCray*

**Certificate**

I hereby certify that the petitioner herein has the sum of $ ∅ on account to his credit at the M.C.C.I., Freehold, N.J. 07728 institution where he is confined. I further certify that petitioner likewise has the following security to his credit according to the records of said _____
institution: _____

Authorized Officer of Institution

DANIEL PETERSON
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 2/25/2009
*D Peterson*

Sworn to and subscribed
before me this
20th day of 03-07

Habeas Corpus - In Forma Pauperis        8

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT       0 7 - 1 9 1

No. **07-8019**

McCray v. Delaware

ORDER

On March 27, 2007, Petitioner filed the above-docketed petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion to proceed in forma pauperis in this Court. Under Fed. R . App. P. 22(a), an application for writ of habeas corpus must be made to the appropriate district court. If made to a circuit judge, the application must be transferred to the appropriate district court. Petitioner seeks to attack a judgment entered by the State of Delaware Superior Court. Accordingly, it is hereby ORDERED that the petition and the motion to proceed in forma pauperis are transferred to the United States District Court for the District of Delaware.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 30, 2007
tmk/cc: Mr. Kevin McCray
        Atty Gen DE



FILED

APR - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE