IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN MCCRAY,                      )
                                  )
        Petitioner,               )
                                  )
v.                                )    Civil Action No. 07-191-***
                                  )
JOSEPH W. OXLEY,                  )
Warden, and ATTORNEY              )
GENERAL OF THE STATE              )
OF DELAWARE,                      )
                                  )
        Respondents.              )

**O R D E R**

WHEREAS, the petitioner has filed a form petition seeking federal habeas

corpus relief pursuant to 28 U.S.C. § 2254 and has requested leave to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in petitioner's affidavit, the request

to proceed *in forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before this court may rule on the merits of the petition, the petitioner

must be given notice that the AEDPA applies to the pending petition. *See United*

*States v. Miller*, 197 F.3d 644 (3d Cir. 1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this _16_ day of April, 2007, that, on or before May _24_, 2007, the petitioner must file the attached election form with the court. Failure to timely return the completed election form will result in the court's ruling on the pending petition as filed.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN MCCRAY,                    )
                                )
          Petitioner,           )
                                )
v.                              )    Civil Action No. 07-191-***
                                )
JOSEPH W. OXLEY,                )
Warden, and ATTORNEY            )
GENERAL OF THE STATE            )
OF DELAWARE,                    )
                                )
          Respondents.          )

## AEDPA ELECTION FORM

1. _____    I wish the Court to rule on my § 2254
                petition as currently pending. I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
                include all the grounds I have. I will
                do so within thirty (30) days. I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this amended
                all-inclusive petition will be my one
                opportunity to seek federal habeas corpus
                relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.


_____
Petitioner