IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN MCCRAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-191-*** |
| ) | |
| JOSEPH W. OXLEY, ) | |
| Warden, and ATTORNEY ) | |
| GENERAL OF THE STATE ) | |
| OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

**AEDPA ELECTION FORM**

FILED
MAY -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. ☑ yes ✓ — I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Kevin McCray*   (May 1, 2007)
Petitioner   Kevin McCray

Kevin McCray
#3183799
Monmouth County Correctional Institution
1. Waterworks Road
Freehold, N.J. 07728

ATT: Peter T. Dalleo, Clerk

Office of the Clerk
United States District Clerk
844 N. King Street, Lockbox-18
Wilmington, Delaware. 19801-3570

OFFICIAL BUSINESS

KILMER PSDC NJ 0833

THE MONMOUTH COUNTY JAIL HAS
NEITHER CENSORED NOR INSPECTED THIS
ITEM. THEREFORE THE SHERIFF'S OFFICE
DOES NOT ASSUME RESPONSIBILITY FOR
ITS CONTENTS.

