OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 18, 2007

TO: Kevin McCray
#3183799
Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728

**RE:** *Request for Verification that AEDPA Received,* 07-191(***)

Dear Mr. McCray:

A letter has been received by the Clerk's office from you requesting verification that the AEDPA form was received by the Clerk's Office. A docket sheet has been enclosed as a courtesy, please see DI #6.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *A copy of the docket is enclosed, free of charge. Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Mary Pat Thynge
enc: Docket Sheet