D.I. # _____

# CIVIL ACTION
# NUMBER: _____07cv191_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark Here

7003 1680 0002 2585 9127

Sent To: Joseph W. Oxley
Street: Warden
City: Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark Here

7003 1680 0002 2585 9097

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions