United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt



Scanned

FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action No. 07 cv 191 - xxx

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON DE 19801

2. Article Number
   (Transfer from service label)      7003 1680 0002 2585 9097

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  _Koff  U.naslo_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

[Postmark: RODNEY SQ STA WILMINGTON DE 19801 MAY 2007 USPS]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes