United States District Court
For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv191 -xxx

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature **DENNIS BILLINGSBY**  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph W. Oxley<br>Warden<br>Monmouth County Correctional Institution<br>1 Waterworks Road<br>Freehold, NJ 07728 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service) | 7003 1680 0002 2585 9127 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |