

Neil Holloway
Monmouth County Correctional Institution
One Waterworks Road
Freehold, New Jersey 07728

June 11, 2007

The Honorable Mary Pat Thynge,
U.S. Magistrate Judge

Your Honor,   Docket No. 07-8019

As is indicated above, my name is Neil Holloway. I have been assisting Mr. Kevin McCray in the criminal matter, presently before your Court.

Due to the level of intelligence, which he possesses, it is quite possible, that Mr. McCray does not fully understand Court Procedure. I should also make note of the fact that I am not an attorney, but only somewhat versed in matters of legal procedure. I am currently an inmate at the Monmouth County Correctional Institution, here in New Jersey, the County Of Monmouth. I will soon be leaving.

A Post Conviction Relief Motion was filed in his behalf. He did not receive any response until the second such motion was answered.

Due to the nature of Mr. McCray's mental capacity, and a concomitant lack of understanding to the Motion now before the Court, I am concerned that he will not be able to fully appreciate what action he must now take.

I do not have knowledge of how to insure that he is adequately represented to the Court, in this Matter, but I to appeal to your sense of jurisprudence in procuring, for Mr. McCray, legal representation, as is his Sixth Amendment right.

Please direct this letter, or other manner of attention, to someone who will be able to assist him, where my ability can no longer tread.

Thank you, in advance for you understanding and assistance.

Respectfully,

_Neil Holloway_
Neil Holloway

On behalf of

_Kevin McCray_
Kevin McCray

Kevin McCray
3183799
Monmouth County Correctional Institute
Waterworks Road
Freehold, NJ 07728

KILMER PBDC NJ 086

THE MONMOUTH COUNTY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE, THE OFFICE DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.

To: Honorable Mary Pat Thynge
U.S. Magistrate Judge
United States District Court
For The District of Delaware
J. Caleb Boggs Federal Building
LockBox 18
844 King Street
Wilmington, DE 19801-3570