

The Board of Chosen Freeholders of Monmouth County

MALCOLM V. CARTON
MONMOUTH COUNTY COUNSEL
514 GARFIELD AVE.
P.O. BOX 97
AVON, NJ 07717

JUN 18 2007
FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801-3570

# THE BOARD OF CHOSEN FREEHOLDERS
## OF THE
## COUNTY OF MONMOUTH

MALCOLM V. CARTON
MONMOUTH COUNTY COUNSEL

ROBERT D. FACCONE
FIRST ASSISTANT COUNTY COUNSEL



514 GARFIELD AVENUE
P.O. BOX 97
AVON, N.J. 07717
TELEPHONE 732-776-7777
FAX# 732-776-6901
malcolmvcarton@verizon.net

June 15, 2007

Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801-3570

*Scanned*
**FILED**
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Kevin Mc Cray vs. Oxley, et al.
Case No. 07-191

Dear Sir:

Please be advised that office represents Joseph Oxley, Monmouth County Sheriff (improperly impleaded as Warden) regarding the above captioned matter.

On behalf of respondent, Joseph Oxley, Monmouth County Sheriff (improperly impleaded as Warden), this office will rely on the Answer to Petition for Writ of Habeas Corpus that will be filed by the Delaware Attorney General's Office.

Thank you.

Very truly yours,

MALCOLM V. CARTON
COUNTY COUNSEL

MVC/km
c: Sheriff Joseph Oxley
   James Wakley, DAG, Delaware
   Kevin McCray, MCCI

"SEPTEMBER 2d, 1609   THIS IS A VERY GOOD LAND TO FALL IN WITH AND A PLEASANT LAND TO SEE."
Entry in the log of Hendrik Hudson's Ship Half Moon made after the Dutch Explorer became
the first European to come ashore in what later was known as Monmouth County