IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KEVIN MCCRAY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-191-*** |
| ) | |
| **JOSEPH W. OXLEY**, Sheriff ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0208020744

b. August 5, 2005 Motion for Postconviction relief

c. Letter Order (August 18, 2005)

d. October 27, 2005 Motion for Postconviction relief

e. December 19, 2005 Order

f. December 28, 2005 Notice and Motion to Withdraw Guilty Plea Pursuant to Law

g. February 14, 2006 Order

h. Affidavit of Probable Cause

i. Plea Agreement and Truth-In-Sentencing guilty plea form

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: August 3, 2007                                    Del. Bar. ID No. 4612

1

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on August 3, 2007, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Kevin McCray
Prisoner No. 3183799
Monmouth County Correctional Institution
1 Waterworks Road
P.O. Box 5007
Freehold, NJ 07728

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: August 3, 2007