07-191 JJF

I am sending you the for going information to be accepted.

* Please forward Mr. McCray, acknowledgment that you have received his Habeas Corpus Bail information.

* In the pass a Habeas Corpus Bail Motion was sent, he has never received any acknowledgment of it to this day.

(Please forward.)

Thank you for your help and your time.

February 14, 2008

c.c.
K McC



FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kevin A. Cry
Monmouth County Correctional Institution
1. Waterworks Rd
Freehold, N. J. 07728



To: Office of the Clerk = Peter T. Dalleo
United States District Court
Lock Box - 18
844. King St
United States Courthouse
Wilmington, Delaware. 19801