OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

**Kevin McCray**
#3183799
Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728

> ***RE:  Letter dated 2/14/08 Requesting Acknowledgement of Receipt of Filing***
> ***CA 07-191 JJF***

Dear Mr. McCray:

    A letter requesting acknowledgment of receipt of your Motion for Habeas Bail has been received by this office.  Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court.  In the future, **no further** acknowledgments of receipt or clocked in copies will be forwarded to you unless a **self-addressed stamped envelope is provided** along with a copy of your document.

    Also, the document you submitted for filing does <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(b).

    In order for your documents to be acceptable for filing, ***you must serve a copy upon all other counsel of record***.  Service must be indicated on the bottom of your letter, or by an Affidavit, or Certificate of Service, attached to the back of your request, motion or pleading.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.