THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN McCRAY #3183779
1 WATERWORKS ROAD
FREEHOLD NEW JERSEY 07728



RE: MOTION FOR HABEAS CORPUS BAIL
CIVIL ACTION # 07-191 (JJF)

JUDGE JOSEPH J. FARNUM, Jr.

    Kindly accept this letter brief, regarding factors that caused the untimely filing of my additional information for consideration of bail.

**F.R.A.P. Rule 4(a)(5)(A)(ii), 28 U.S.C.A.**
**(3) REASON FOR DELAY, INCLUDING WHETHER IT WAS WITHIN REASONABLE CONTROL OF THE MOVANT ; AND (4) WHETHER MOVANT ACTED IN GOOD FAITH.**

    The mail that contained my third party custodian's acceptance of responsibility and my mothers Doctor's statement of her declining health, were received in the jail on or about 1/4/08, by C.O. Theis, and I received it 2/08/08.

RESPECTFULLY,

*Kevin McCray*
KEVIN McCRAY

Prepared by Terrance Stradford

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

**Kevin McCray**
#3183799
Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728

> RE:   *Letter dated 2/14/08 Requesting Acknowledgement of Receipt of Filing*
>       *CA 07-191 JJF*

Dear Mr. McCray:

   A letter requesting acknowledgment of receipt of your Motion for Habeas Bail has been received by this office. Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court. In the future, **no further** acknowledgments of receipt or clocked in copies will be forwarded to you unless a **self-addressed stamped envelope is provided** along with a copy of your document.

   Also, the document you submitted for filing does not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(b).

   In order for your documents to be acceptable for filing, **you must serve a copy upon all other counsel of record**. Service must be indicated on the bottom of your letter, or by an Affidavit, or Certificate of Service, attached to the back of your request, motion or pleading.

   A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK

cc:   The Honorable Joseph J. Farnan, Jr.

**Search Results**

```
Kevin McCray
#3183799
Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728




James Turner Wakley
Department of Justice
820 N. French St.
Wilmington, DE 19801




Total labels: 2


Not printed due to inadequate address: 4
```

Kevin McCray #3183799
I. M.C.C.I
1. Waterworks Rd
Freehold, N.J. 07728

To: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Box-18

