IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN MCCRAY, | : |
| | : |
|     Petitioner, | : |
| | : |
| v. | :   Civil Action No. 07-191-JJF |
| | : |
| JOSEPH W. OXLEY, Sheriff, | : |
| and ATTORNEY GENERAL OF THE | : |
| STATE OF DELAWARE, | : |
| | : |
|     Respondents. | : |

**O R D E R**

At Wilmington, this 14 day of May, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. No later than June 13, 2008, the State shall provide: (1) a written update on the status of Petitioner's mental health, including any state court decisions issued in Delaware, New Jersey, or elsewhere, concerning the issue of Petitioner's competency; and (2) a written update on, and copies of, any proceedings filed by Petitioner in the Delaware State Courts since March 2007, as well as a written memorandum explaining how these proceedings affect Respondent's exhaustion argument.

2. No later than June 13, 2008, Respondent shall file: (1) a copy of the plea colloquy and transcript dated July 29, 2003; and (2) copies of the documents listed as Docket Item Nos. 11-13, 15-18, 21 on the Delaware Superior Court Criminal Docket dated August 1, 2007 and included in the State Court Record (D.I. 18.)

filed in this proceeding.

3. The Court declines to issue a certificate of appealability with respect to its decision that the Petition is not time-barred. See 28 U.S.C. § 2253(c)(2).

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE