

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

June 12, 2008

Appeals Section - New Castle County

United States District Judge Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

**Re: *McCray v. Oxley et al.*, Civ. Act. No. 07-191-JJF**

Dear Judge Farnan:

In its order of May 14, 2008, this Court ordered Respondents to provide a written update on the status of the petitioner's mental health, "including any state court decisions issued in Delaware, New Jersey, or elsewhere, concerning the issue of [McCray's] competency;" and a written update on any further proceedings filed in the Delaware state courts by McCray since March 2007. Please accept this letter as the State's response to the Court's order of May 14, 2008.

On May 16, 2008, I contacted Richard Constable, the Assistant United States Attorney assigned to prosecute McCray's federal charges, to enquire about McCray's current status. Consistent with this Court's memorandum opinion, AUSA Constable informed me that, as a result of the District Court of New Jersey's dismissal of McCray's indictment, McCray is no longer facing any federal criminal charges. Upon the final dismissal of his federal charges in June 2007, McCray should have been returned to Delaware custody. Due to an administrative error, however, McCray remained in the custody of the U.S. Marshals Service in New Jersey until May 27, 2008 – when he was returned to Delaware at my request. According to AUSA Constable, and my own review of the

PACER records of McCray's proceedings, McCray has not filed any documents in the New Jersey District Court since McCray's indictment was dismissed. (*See* Ex. A, Crim. Dkt. #04-493). Nor has McCray has filed anything in the Delaware state courts since he filed his motion to withdraw his guilty plea in December 2005. (*See* Ex. B, Del. Super. Ct. Crim. Dkt. #0208020744, D.I. 22). I am unable to determine if McCray has filed any motions in any other jurisdiction.

Additionally, the Court has ordered respondents to provide copies of certain state court records. A motion for production of the transcript of McCray's July 2003 sentencing hearing has been submitted to the Superior Court; I will file a copy of the transcript once the court rules on my request. To the extent that the State was able to locate the other requested documents, copies have been provided.

Because McCray has still not taken the Delaware Superior Court up on its offer to consider a motion for postconviction relief, the State respectfully suggests that his claims remain unexhausted. Accordingly, the State of Delaware requests the Court dismiss McCray's petition for federal habeas relief because he has failed to exhaust state remedies.

Sincerely,

James T. Wakley, I.D. No 4612
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 7th Floor
Wilmington, DE 19801
(302) 577-8500

# EXHIBIT "B"

U.S. District Court District of New Jersey
Crim. Dkt. 04-493-JAP

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-00493-JAP-2

| | |
|---|---|
| Case title: USA v. WILLIAMS | Date Filed: 08/12/2004 |

Assigned to: Judge Joel A. Pisano

Appeals court case number: '07-1547' 'Third Circuit'

**Defendant (2)**

KEVIN FLINT MCCRAY     represented by     **DAVID B. GLAZER**
GLAZER & LUCIANO, ESQS.
19-21 WEST MT. PLEASANT AVENUE
LIVINGSTON, NJ 07039
(201) 740-9898
Email: dbglazer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**     **Disposition**

18:1951(a).INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE(Conspiracy to Commit Robberies
(1)

18:1951(a)and 2.INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE
(2-4)

18:924(c)(1)and 2.VIOLENT CRIME
(5)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**     **Disposition**

# EXHIBIT "A"
Super. Ct. Crim. Dkt. 0208020744

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page     1
                          ( as of  06/11/2008 )

State of Delaware v.  KEVIN MCCRAY                       DOB: 05/06/1958
State's Atty: MARTIN B O'CONNOR , Esq.         AKA:
Defense Atty: ROBERT M GOFF , Esq.


Co-Defendants:  JAMES ALLEN , ISSIAH HOWARD

Assigned Judge:

Charges:
Count       DUC#          Crim.Action#     Description         Dispo.    Dispo. Date
------------------------------------------------------------------------------------
 001      0208020744      IN02091637       PFDCF               NOLP      07/29/2003
 002      0208020744      IN02091638       ROBBERY 1ST         GLTY      07/29/2003
 003      0208020744      IN02091639       KIDNAP 2ND          NOLP      07/29/2003
 004      0208020744      IN02091640       BURGLARY 2ND        NOLP      07/29/2003
 005      0208020744      IN02091641       DISGUISE            NOLP      07/29/2003
 006      0208020744      IN02091642       CRIM MISCH>1500     NOLP      07/29/2003
 007      0208020744      IN02091643       CONSP 2ND           NOLP      07/29/2003
 008      0208020744      IN02091644       PFDCF               NOLP      07/29/2003
 009      0208020744      IN02091645       ROBBERY 1ST         NOLP      12/05/2003
 010      0208020744      IN02091646       BURGLARY 2ND        NOLP      07/29/2003
 011      0208020744      IN02091647       DISGUISE            NOLP      07/29/2003
 012      0208020744      IN02091648       CRIM MISCH>1500     NOLP      07/29/2003
 013      0208020744      IN02091649       CONSP 2ND           NOLP      07/29/2003
 014      0208020744      IN02091650       PFDCF               NOLP      07/29/2003
 015      0208020744      IN02091651       ATT. ROBBERY 1S     NOLP      07/29/2003
 016      0208020744      IN02091652       ATT. BURGLARY 2     NOLP      07/29/2003
 017      0208020744      IN02091653       AGGR MENACING       NOLP      07/29/2003
 018      0208020744      IN02091654       AGGR MENACING       NOLP      07/29/2003
 019      0208020744      IN02091655       POSS BURG TOOLS     NOLP      07/29/2003
 020      0208020744      IN02091656       CRIM MISCH>1500     NOLP      07/29/2003
 021      0208020744      IN02091657       CONSP 2ND           NOLP      07/29/2003
 022      0208020744      IN02092451       ROBBERY 1ST         NOLP      07/29/2003
 023      0208020744      IN02092452       TERROR THREAT       NOLP      07/29/2003
 024      0208020744      IN02092453       ROBBERY 1ST         GLTY      07/29/2003
 025      0208020744      IN02092454       DISGUISE            NOLP      07/29/2003
 026      0208020744      IN02092455       ATT. ROBBERY 1S     NOLP      07/29/2003
 027      0208020744      IN02092456       PFDCF               GLTY      07/29/2003

        Event
No.     Date          Event                                    Judge
------------------------------------------------------------------------------------
 1    09/20/2002
          CASE ACCEPTED IN SUPERIOR COURT.
          ARREST DATE: 08/28/2002
          PRELIMINARY HEARING DATE:
          BAIL:  CASH BAIL                        194,500.00
          NO CONDITION
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page    2
                         ( as of  06/11/2008 )

State of Delaware v.  KEVIN MCCRAY                         DOB: 05/06/1958
State's Atty: MARTIN B O'CONNOR , Esq.          AKA:
Defense Atty: ROBERT M GOFF , Esq.

          Event
 No.      Date          Event                              Judge
 ------------------------------------------------------------------------
 2        11/04/2002
             INDICTMENT, TRUE BILL FILED.NO 83
             SCHEDULED FOR   .
             ARRAIGNMENT AND BAIL STATUS 11/19/02 AT 9:30
             CASE REVIEW 12/16/02 AT 1:45
          11/27/2002                              REYNOLDS MICHAEL P.
             ARRAIGNMENT/BAIL STATUS/CONTROL FOR REPRESENTATION:  DEF. WAIVED
             READING OF INDICTMENT, PLEA OF NOT GUILTY ENTERED, JURY TRIAL DEMANDED
 3        12/16/2002                              HERLIHY JEROME O.
             CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW.
          01/27/2003                              GEBELEIN RICHARD S.
             FINAL CASE REVIEW:  TRIAL DATE TO BE SET.
             REFERRED TO TTPEND CALENDAR FOR TRIAL DATE SELECTION.
 4        03/21/2003                              HERLIHY JEROME O.
             ORDER SCHEDULING TRIAL FILED.
             TRIAL DATE: 05/13/03
             CASE CATEGORY: #1
             ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): FRED S. SILVERMAN
             UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
             OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
             FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
             CONTINUANCE REQUESTS WILL BE DENIED.
 5        05/02/2003
             ORDER SCHEDULING TRIAL FILED.
             TRIAL DATE: 07/29/03
             CASE CATEGORY: #1
             ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): RRC
             UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
             OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
             FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
             CONTINUANCE REQUESTS WILL BE DENIED.
 6        07/14/2003
             SUBPOENA(S) MAILED.
 7        07/29/2003                              ABLEMAN PEGGY L.
             TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
          10/17/2003                              SILVERMAN FRED S.
             SENTENCING CALENDAR - CONTINUED.  DEFENSE REQUEST
 8        10/17/2003
             EMAIL FILED FROM L. HAWTHORNE TO PROTHO
             RE: M. O'CONNOR'S REQUEST FOR CONTINUANCE OF SENTENCING
 9        12/05/2003                              SILVERMAN FRED S.
             SENTENCING CALENDAR: DEFENDANT SENTENCED.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page    3
                         ( as of  06/11/2008 )

State of Delaware v.  KEVIN MCCRAY                           DOB: 05/06/1958
State's Atty: MARTIN B O'CONNOR , Esq.         AKA:
Defense Atty: ROBERT M GOFF , Esq.

         Event
No.      Date          Event                                 Judge
------------------------------------------------------------------------------
10      12/05/2003                                       SILVERMAN FRED S.
           ASOP SENTENCE ORDER SIGNED AND FILED 1/20/04.
11      12/19/2003
           DEFENDANT'S LETTER FILED.
12      01/27/2004
           DEFENDANT'S LETTER FILED.
13      02/11/2004
           DEFENDANT'S LETTER FILED.
14      12/06/2004
           TRANSCRIPT FILED.
           COLLOQUY AND GUILTY PLEA- JULY 29,2003
           BEFORE JUDGE ABLEMAN
15      01/21/2005
           NOTICE OF DEFAULT AND ENTRY OF ASSENT TO CONTRACT.
16      02/02/2005
           LETTER FROM: STUART B. DROWOS            TO: MR. MCCRAY
           REPLY LETTER TO MR. MCCRAY'S NOTICE OF DEFAULT AND ENTRY OF ASSENT TO
           CONTRACT.  SEE FILE
17      02/02/2005                                       SILVERMAN FRED S.
           LETTER FROM: JUDGE SILVERMAN              TO: DAG
           RE: ENCLOSED IS ANOTHER PLEADING BY KEVIN MCCRAY.  PLEASE SEE JUDGE
           SILVERMAN'S PREVIOUS LETTERS TO STATE SOLICITOR COBIN REGARDING THIS
           MATTER.
18      02/16/2005
           DEFENDANT'S LETTER FILED.
           RE: A DECLARATION AND TREATY OF PEACE TO THE WORLD
19      08/18/2005                                       ABLEMAN PEGGY L.
           LETTER/ORDER ISSUED BY JUDGE: ABLEMAN. RE: MOTION FOR POSTCONVICTION.
           DENIED.
           IT IS SO ORDERED.
20      12/19/2005                                       CARPENTER WILLIAM C. JR.
           ORDER: UPON DEFENDANT'S SECOND MOTION FOR POSTCONVICTION RELIEF:
           SUMMARILY DISMISSED.
           IT IS SO ORDERED.
21      12/23/2005
           DEFENDANT'S LETTER FILED. (COPY)
           LETTER TO DEFENSE COUNSEL.
22      12/28/2005
           MOTION FOR WITHDRAW OF GUILTY PLEA FILED PRO SE.  REFERRED TO JUDGE
           SIVERMAN
23      01/10/2006
           MOTION TO COMPEL DISCLOSURE RESPONDENT TO DISCLOSURE DOCUMENTS UNDER
```

```
                      SUPERIOR COURT CRIMINAL DOCKET                    Page      4
                           ( as of   06/11/2008 )

State of Delaware v.  KEVIN MCCRAY                                DOB: 05/06/1958
State's Atty: MARTIN B O'CONNOR , Esq.          AKA:
Defense Atty: ROBERT M GOFF , Esq.

          Event
No.       Date          Event                                   Judge
-----------------------------------------------------------------------------
          THE FREEDOM OF INFORMATION ACT AND RULE 16 OF THE FRCRP.  FILED PROSE
          REFERRED TO JUDGE SILVERMAN.
24        01/13/2006
          LETTER FROM MARTIN B. O'CONNOR, DAG TO KEVIN MCCRAY
          I HAVE RECEIVED YOUR LETTER DATED DECEMBER 16, 2005 REQUESTING A COPY
          OF THE PRESENTENCE REPORT WHICH WAS CREATED IN CONNECTION WITH YOUR
          GUILTY PLEA AND SENTENCING. THAT DOCUMENT IS A PRODUCT OF THE
          INVESTIGATIVE SERVICES OFFICE OF THE SUPERIOR COURT WHICH I CANNOT
          DISSEMINATE.
25        02/15/2006                                            SILVERMAN FRED S.
          ORDER: ON DECEMBER 28, 2005, DEFENDANT FILED A MOTION TO WITHDRAW THE
          GUILTY PLEA HE ENTERED ON JULY 23, 2003.  THE MOTION CLAIMS THAT WHEN
          HE PLEADED GUILTY TO THREE COUNTS OF ROBBERY FIRST DEGREE, DEFENDANT
          WAS INCOMPETENT BY REASON OF MENTALL ILLNESS.  AFTER REVEIWING THE
          RECORD PRELIMINARILY, IT SEEMS UNLIKELY THAT DEFENDANT'S CLAIMS HAS
          MERIT.  AFTER DEFENDANT PLEADED GUILTY AND AFTER HE WAS SENTENCED IN
          DELAWARE, DEFENDANT WAS TRANSFERRED TO FEDERAL CUSTODY AND HE WAS HELD
          IN A NEW JERSEY PRISON.  AFTER THIS COURT REVIEWED THE DOCKET IN THE
          PENDING, FEDERAL PROSECUTION, IT APPEARS THAT DEFENDANT IS NOW
          INCOMPETENT TO STAND TRIAL ON THE FEDERAL CHARGES THAT ARE PENDING
          AGAINST HIM.  THIS COURT UNDERSTANDS THAT MR. MCCRAY IS UNDERGOING
          PSYCHIATRIC TREATMENT CALLED FOR BY THE FEDERAL DISTRICT COURT IN NEW
          JERSEY.  AS BEST AS THE COURT CAN DETERMINE FOR NOW, IT APPEARS THAT
          MR. MCCRAY'S MENTAL CONDITION DETERIORATED AT SOME POINT AFTER THE
          PROCEEDINGS IN DELAWARE CONCLUDED.  THE COURT, HOWEVER, CANNOT BE
          CERTAIN ABOUT THAT.  MEANWHILE, DUE TO MR. MCCRAY'S CURRENT SITUATION,
          THE COURT IS NOT IN A POSITION TO DECIDE THE MOTION FILED IN DECEMBER
          2005.  (IT APPEARS THAT MOTION WAS FILED BY A FELLOW INMATE, ON MR.
          MCCRAY'S BEHALF.)  ACCORDINGLY, THE PENDING MOTION IS DENIED, WITHOUT
          PREJUDICE TO DEFENDANT'S REFILING THE MOTION AFTER HE IS RESTORED TO
          COMPETENCE.  UNTIL THEN, DEFENDANT IS IN FEDERAL CUSTODY AND DELAY IN
          CONSIDERING HIS MOTION HERE WILL DO HIM NO HARM.
          IT IS SO ORDERED JUDGE SILVERMAN

               *** END OF DOCKET LISTING AS OF  06/11/2008 ***
                       PRINTED BY: JAGRJTW
```

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1951(a) and 2 armed robbery | |

**Plaintiff**

USA            represented by   **RICHARD E. CONSTABLE**
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2700
Email: richard.constable@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2003 | 1 | COMPLAINT as to KEVIN FLINT MCCRAY, ERNEST N. JOHNSON, EDDIE RAHMAN WILLIAMS, ISSIAH HOWARD (jl)[2:03-mj-08046-MCA] (Entered: 05/13/2003) |
| 05/07/2003 | | ARREST WARRANT issued as to KEVIN FLINT MCCRAY (jl)[2:03-mj-08046-MCA] (Entered: 05/13/2003) |
| 12/16/2003 | 6 | ORDER as to KEVIN FLINT MCCRAY, for writ of habeas corpus ( Signed by Magistrate Judge Madeline C. Arleo ) (jl)[2:03-mj-08046-MCA] (Entered: 12/18/2003) |
| 12/30/2003 | | ARREST of KEVIN FLINT MCCRAY (jl)[2:03-mj-08046-MCA] (Entered: 12/30/2003) |
| 12/30/2003 | 8 | Minutes of 12/30/03 before Magistrate Judge Madeline C. Arleo as to KEVIN FLINT MCCRAY, Initial Appearance held. (Defendant informed of rights.) Def writed in from State custody, remanded back to State custody, waived his right to a preliminary heari[2:03ng. (Court Reporter/ESR: 03-63K, 1017) (jl)[2:03-mj-08046-MCA] (Entered: 12/30/2003) |
| 12/30/2003 | 9 | CJA 20 as to KEVIN FLINT MCCRAY : Appointment of Attorney DAVID GLAZER ( Signed by Magistrate Judge Madeline C. Arleo ) (jl)[2:03-mj-08046-MCA] (Entered: 12/30/2003) |
| 12/30/2003 | 10 | Waiver of Preliminary Hearing by KEVIN FLINT MCCRAY (jl)[2:03-mj-08046-MCA] (Entered: 12/30/2003) |

| | | |
|---|---|---|
| 12/30/2003 | | TEMPORARY COMMITMENT as to KEVIN FLINT MCCRAY (jl)[2:03-mj-08046-MCA] (Entered: 12/30/2003) |
| 12/30/2003 | | Clerk's Note: Entry made for Computer Purposes. Minute Entry for proceedings held before Judge Madeline C. Arleo :Initial Appearance as to KEVIN FLINT MCCRAY held on 12/30/2003 (th, ) (Entered: 09/01/2004) |
| 01/06/2004 | 14 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 12/31/03 until 3/1/04. . Signed by Judge Madeline C. Arleo on 1/6/04. (jl, )[2:03-mj-08046-MCA] (Entered: 01/06/2004) |
| 03/09/2004 | 20 | ARREST Warrant Returned Executed on 12/29/03. as to KEVIN FLINT MCCRAY. (jl, )[2:03-mj-08046-MCA] (Entered: 04/15/2004) |
| 03/12/2004 | 16 | Application for Writ of Habeas Corpus ad Prosequendum as to KEVIN FLINT MCCRAY (nm, )[2:03-mj-08046-MCA] (Entered: 03/16/2004) |
| 03/18/2004 | 17 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 3/12/04 until 5/11/04. . Signed by Judge Madeline C. Arleo on 3/18/04. (nm, )[2:03-mj-08046-MCA] (Entered: 03/19/2004) |
| 03/19/2004 | 19 | Application for Writ of Habeas Corpus ad Prosequendum as to KEVIN FLINT MCCRAY Deft. to appear on 3/24/04. (nm, )[2:03-mj-08046-MCA] (Entered: 03/19/2004) |
| 05/18/2004 | 22 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 5/11/04 until 7/12/04. . Signed by Judge Madeline C. Arleo on 5/18/04. (jl, )[2:03-mj-08046-MCA] (Entered: 05/25/2004) |
| 07/12/2004 | 24 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 7/12/04 until 9/10/04. . Signed by Judge Madeline C. Arleo on 7/12/04. (jl, )[2:03-mj-08046-MCA] (Entered: 07/13/2004) |
| 08/11/2004 | 28 | SUPERSEDING INDICTMENT as to EDDIE RAHMAN WILLIAMS (1) count(s) 1s, 2s-4s, 5s, KEVIN FLINT MCCRAY (2) count(s) 1, 2-4, 5. (tl, ) (Entered: 08/12/2004) |
| 08/25/2004 | 30 | Minute Entry for proceedings held before Judge Joel A. Pisano :Arraignment as to EDDIE RAHMAN WILLIAMS (1) Count 1,1s,2-4,2s-4s,5,5s held on 8/25/2004, Plea entered by EDDIE RAHMAN WILLIAMS, Not Guilty on counts all.Second order for discovery and inspection fld. Defense motions due by 10/29/2004 Replies due by 11/12/2004. Motion Hearing set for 11/22/2004 10:00 AM before Judge Joel A. Pisano. Ordered trial date set for 11/30/04 at 10:00 a.m. Ordered defendant remanded. (Court Reporter Joanne Caruso.) (jn, ) (Entered: 08/26/2004) |
| 08/25/2004 | 31 | ORDER for Discovery and Inspection as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY re 30 Arraignment,,, Plea Entered,,, Set/Reset Motion and R&R Deadlines/Hearings,, . Signed by Judge Joel A. Pisano on 8/25/04. (jn, ) (Entered: 08/26/2004) |
| 10/14/2004 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY 33 Omnibus MOTION. Motion Hearing set for 11/22/2004 10:00 AM in Newark - |

| | | |
|---|---|---|
| | | Courtroom 2 before Judge Joel A. Pisano. (tt, ) (Entered: 10/14/2004) |
| 10/29/2004 | 46 | Omnibus MOTION by KEVIN FLINT MCCRAY. (Attachments: # 1 Brief in support of motion)(jn, ) (Entered: 12/02/2004) |
| 11/01/2004 | 36 | Minute Entry for proceedings held before Judge Joel A. Pisano :Status Conference as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY held on 11/1/2004;Ordered trial date set for 11/30/04-60 jurors requested;motions returnable 11/22/04. (tt, ) (Entered: 11/01/2004) |
| 11/16/2004 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY 33 Omnibus MOTION. Motion Hearing set for 11/23/2004 10:30 AM in Newark - Courtroom 2 before Judge Joel A. Pisano. (tt, ) (Entered: 11/16/2004) |
| 11/16/2004 | 37 | RESPONSE in Opposition by USA as to KEVIN FLINT MCCRAY, EDDIE RAHMAN WILLIAMS re 33 Omnibus MOTION (Attachments: # 1 # 2 # 3)(CONSTABLE, RICHARD) (Entered: 11/16/2004) |
| 11/22/2004 | 38 | Application and Order for Writ of Habeas Corpus as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY. For Ernest Johnson, material witness, . Signed by Judge Joel A. Pisano on 11/22/04. (jn, ) (Entered: 11/23/2004) |
| 11/23/2004 | 39 | Minute Entry for proceedings held before Judge Joel A. Pisano :Motion Hearing as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY held on 11/23/2004 re 33 Omnibus MOTION filed by EDDIE RAHMAN WILLIAMS Ordered motion denied in part and granted in part. Ordered daily transcript for trial proceedings.(Court Reporter Caruso.) (tt, ) (Entered: 11/23/2004) |
| 11/24/2004 | 40 | Proposed Jury Instructions by USA as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY (Attachments: # 1)(CONSTABLE, RICHARD) (Entered: 11/24/2004) |
| 11/29/2004 | 48 | ORDER RE: GOVERNMENT MOTIONS: as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY . Signed by Judge Joel A. Pisano on 11/29/04. (jn, ) (Entered: 12/02/2004) |
| 11/30/2004 | 41 | Minute Entry for proceedings held before Judge Joel A. Pisano :Jury Trial but no selection. Jury selection to begin Wednesday, December 1, 2004 as to KEVIN FLINT MCCRAY held on 11/30/2004, (Court Reporter Caruso.) (tt, ) (Entered: 11/30/2004) |
| 12/01/2004 | 45 | Minute Entry for proceedings held before Judge Joel A. Pisano :Voir Dire, Jury Selection and Jury Trial as to KEVIN FLINT MCCRAY held on 12/1/2004. Jury not sworn. Ordered trial with jury adjourned until Thursday, December 2, 2004 at 9:30 a.m. (Court Reporter Caruso.) (tt, ) (Entered: 12/01/2004) |
| 12/02/2004 | 47 | Minute Entry for proceedings held before Judge Joel A. Pisano :Status Conference held off the record regarding defendant's mental health condition. Hearing on defendant's application on the record regarding defendant's mental health condition and for a continuance of the Trial. Ordered application granted. Ordered counsel to submit further pleadings regarding this issue. Ordered jury released (not sworn); Ordered trial with jury adjourned at 10:30 a.m. on |

| | | |
|---|---|---|
| | | 12/2/2004, as to KEVIN FLINT MCCRAY. Ordered defendant remanded. (Court Reporter Caruso.) (tt, ) (Entered: 12/02/2004) |
| 12/07/2004 | 49 | TRANSCRIPT of Proceedings as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY held on 11/23, 30, 12/01, 02/04 before Judge Hon. J.A. Pisano. Court Reporter: joanne Caruso. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (jn, ) (Entered: 12/07/2004) |
| 12/07/2004 | 50 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 12/3/04 until 1/12/05. Ordered that Dr. Dudley shall prepare and file with the Court no later than January 10, 2005 a psychiatric report; Ordered that the parties shall appear at on January 12, 2005 at 10:00am to present arguments. Signed by Judge Joel A. Pisano on 12/7/04. (ce, ) (Entered: 12/15/2004) |
| 12/29/2004 | 52 | ORDER FOR THE AUTHORIZATION OF COUNSEL TO OBTAIN INVESTIGATIVE SERVICES as to KEVIN FLINT MCCRAY . Signed by Judge Joel A. Pisano on 12/29/04. (ce, ) (Entered: 01/18/2005) |
| 01/12/2005 | 51 | Minute Entry for proceedings held before Judge Joel A. Pisano :Status Conference as to KEVIN FLINT MCCRAY held on 1/12/2005 (Court Reporter Caruso.) (tt, ) (Entered: 01/12/2005) |
| 01/18/2005 | 53 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 1/12/05 until 3/14/05. . Signed by Judge Joel A. Pisano on 01/18/05. (ce, ) (Entered: 01/19/2005) |
| 03/22/2005 | 54 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 3/18/05 until 5/18/05. . Signed by Judge Joel A. Pisano on 3/22/05. (ce, ) (Entered: 03/22/2005) |
| 05/09/2005 | 55 | ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 5/5/05 until 7/4/05. . Signed by Judge Joel A. Pisano on 5/9/05. (ce, ) (Entered: 05/09/2005) |
| 06/24/2005 | | CHAMERS NOTE: REMINDER NOTIFICATION-STATUS CONFERENCE ON MONDAY, JUNE 27, 2005 AT 11:00 IN CHAMBERS REGARDING DOCTOR EVALUATIONS as to KEVIN FLINT MCCRAY: (tt, ) (Entered: 06/24/2005) |
| 06/27/2005 | 56 | Minute Entry for proceedings held before Judge Joel A. Pisano :Status Conference as to KEVIN FLINT MCCRAY held on 6/27/2005 Court shall conduct a mental capacity hearing based upon doctor evaluations (tt, ) (Entered: 06/27/2005) |
| 06/28/2005 | 57 | ORDERED that a hearing be conducted on 7/6/05 at 10:00 a.m., pursuant to 18 U.S.C. 4241(c) and 4247(d) to determine whether Deft. KEVIN FLINT MCCRAY is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his |

| | | |
|---|---|---|
| | | defense.. Signed by Judge Joel A. Pisano on 6/28/05. (dj, ) (Entered: 06/30/2005) |
| 07/26/2005 | 58 | Minute Entry for proceedings held before Judge Joel A. Pisano :Competency Hearing as to KEVIN FLINT MCCRAY held on 7/26/2005 (Court Reporter Caruso.) (tt, ) (Entered: 07/26/2005) |
| 08/01/2005 | 59 | ORDER for hosiptalization for psychological treatment as to KEVIN FLINT MCCRAY re 58 Competency Hearing, ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 8/1/05 until not to exceed four months. . Signed by Judge Joel A. Pisano on 8/1/05. (jn, ) (Entered: 08/02/2005) |
| 09/16/2005 | 60 | ORDER GRANTING defendant, KEVIN FLINT MCCRAY's evaluation period to begin on the date of his arrival and end on 12/21/05. . Signed by Judge Joel A. Pisano on 9/16/05. (dj, ) (Entered: 09/16/2005) |
| 12/12/2005 | 61 | ORDERED that the Newark Public Schools, 2 Cedar St. Newark, NJ 07102, immediately make available for copying and inspection, to Dr. Landis, any and all high school records relating to the defendant, KEVIN FLINT MCCRAY. FURTHER ORDERED that the Superior Court of NJ, Union Vicinage, Criminal Division, 2 Broad Street, Elizabeth, NJ 07207, immediately make available for copying and inspection, to Dr. Landis, any and all of the defendant's criminal case files and pre-sentence investigation reports. . Signed by Judge Joel A. Pisano on 12/12/05. (dj, ) (Entered: 12/13/2005) |
| 12/20/2005 | 62 | TRANSCRIPT of Proceedings as to KEVIN FLINT MCCRAY held on 7/26/05 before Judge JOEL A. PISANO. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (dj, ) (Entered: 01/05/2006) |
| 03/23/2006 | 63 | ORDER for the defendant to be turned over to the Attorney General and the Attorney General shall hospitalize the defendant for treartment and. ORDER TO CONTINUE - Ends of Justice as to KEVIN FLINT MCCRAY Time excluded from 3/22/06 until not to exceed 4 months. . Signed by Judge Joel A. Pisano on 3/22/06. (jn, ) (Entered: 03/23/2006) |
| 05/17/2006 | 64 | ORDER ADOPTING REPORT AND RECOMMENDATIONS RE: PSYCHOLOGICAL TESTING as to KEVIN FLINT MCCRAY . Signed by Judge Joel A. Pisano on 5/16/06. (jn2, ) (Entered: 05/17/2006) |
| 08/15/2006 | 66 | ORDER of reallocation from Newark to Trenton and assigned to Judge Pisano. Signed by Judge Garrett E. Brown, Jr. on 8/14/06. (jd, ) (Entered: 08/15/2006) |
| 08/15/2006 | | Set Hearings as to KEVIN FLINT MCCRAY: Plea Agreement Hearing set for 8/22/2006 11:30 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 08/15/2006) |
| 08/18/2006 | | Set Hearings as to KEVIN FLINT MCCRAY: In-Person Status Conference set for 8/31/2006 11:45 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 08/18/2006) |

| 08/23/2006 | | Reset Hearings as to KEVIN FLINT MCCRAY: In-Person Status Conference continued to 9/5/2006 11:00 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 08/23/2006) |
|---|---|---|
| 09/05/2006 | 67 | Minute Entry for proceedings held before Judge Joel A. Pisano :In-Person Status Conference as to KEVIN FLINT MCCRAY held on 9/5/2006 (Court Reporter J. Caruso.) (DS) (Entered: 09/08/2006) |
| 09/22/2006 | | Set Hearings as to KEVIN FLINT MCCRAY: Competency Hearing set for 10/23/2006 10:30 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 09/22/2006) |
| 10/20/2006 | | RESET Hearings as to KEVIN FLINT MCCRAY: Competency Hearing set for 10/23/2006 10:00 AM instead of 11:00 a.m. in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 10/20/2006) |
| 10/23/2006 | 68 | Minute Entry for proceedings held before Judge Joel A. Pisano :Sell/Competency Hearing as to KEVIN FLINT MCCRAY held on 10/23/2006 (Court Reporter J. Caruso.) (DS) Additional attachment(s) added on 10/31/2006 (DS, ). (Entered: 10/23/2006) |
| 11/13/2006 | 69 | TRANSCRIPT of Proceedings as to KEVIN FLINT MCCRAY held on 10/23/06 before Judge Pisano. Court Reporter: Joanne M. Caruso. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ij, ) (Entered: 11/14/2006) |
| 11/29/2006 | | Sell/Competency Hearing as to Kevin Flint McCray continued to 12/1/2006 10:00 AM in Trenton - Courtroom 1 before Judge Joel A. Pisano. (DS) (Entered: 11/29/2006) |
| 12/01/2006 | 70 | Minute Entry for proceedings held before Judge Joel A. Pisano :Status hearing re Sell/Competency hearing as to KEVIN FLINT MCCRAY held on 12/1/2006 (Court Reporter J. Caruso.) (DS) (Entered: 12/26/2006) |
| 01/25/2007 | 71 | OPINION as to KEVIN FLINT MCCRAY . Signed by Judge Joel A. Pisano on 1/23/07. (ij, ) (Entered: 01/25/2007) |
| 01/25/2007 | 72 | ORDER as to KEVIN FLINT MCCRAY; denying government's motion. Signed by Judge Joel A. Pisano on 1/23/07. (ij, ) (Entered: 01/25/2007) |
| 02/21/2007 | 74 | ORDER as to KEVIN FLINT MCCRAY; granting defendant's motion to dismiss indictment and releasing custody of defendant to Attorney General . Signed by Judge Joel A. Pisano on 2/21/07. (ij, ) (Entered: 02/21/2007) |
| 02/22/2007 | 75 | NOTICE OF APPEAL by USA as to KEVIN FLINT MCCRAY Filing fee $ 455. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (LEONE, GEORGE) (Entered: 02/22/2007) |
| 04/10/2007 | 77 | TRANSCRIPT REQUEST by USA as to KEVIN FLINT MCCRAY for proceedings held on 12/2/04, 1/12/05, 6/27/05, 6/25/04, 12/30/03, 11/1/04 and 7/26/05 before Judge Pisano, re 75 Notice of Appeal - Final Judgment. (ji, ) |

| | | |
|---|---|---|
| | | (Entered: 04/10/2007) |
| 05/21/2007 | 78 | TRANSCRIPT of Proceedings as to KEVIN FLINT MCCRAY held on 1/12/05 before Judge Joel A. Pisano. Court Reporter: Joanne Caruso. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ck, ) (Entered: 05/21/2007) |
| 05/21/2007 | 79 | TRANSCRIPT of Proceedings as to EDDIE RAHMAN WILLIAMS, KEVIN FLINT MCCRAY held on 8/25/04 before Judge Joel A. Pisano. Court Reporter: Joanne M. Caruso. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ck ) (Entered: 05/22/2007) |
| 06/13/2007 | 80 | ORDER of USCA (certified copy) as to KEVIN FLINT MCCRAY re 75 Notice of Appeal - Final Judgment, (ca3tmk, ) (Entered: 06/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2008 13:41:16 | | | |
| PACER Login: | dj0024 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:04-cr-00493-JAP Start date: 1/1/1970 End date: 6/11/2008 |
| Billable Pages: | 5 | Cost: | 0.40 |

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the attached document with the Clerk of Court using CM/ECF. I also certify that on June 13, 2008, I have mailed by United States Mail, two copies of the attached document to the following non-registered participant:

Kevin McCray
S.B.I. 00490426
H.R.Y.C.I.
P.O. Box 9279
Wilmington, DE 19809

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: June 12, 2008

3