# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN MCCRAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-191-JJF |
| | ) |
| JOSEPH W. OXLEY, Sheriff | ) |
| and JOSEPH R. BIDEN, III, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that, pursuant to this Court's Order of May 14, 2008, two copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

    a. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 11 (Letter from Defendant to Court and Robert M.Goff, Esq.)

    b. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 12 (Letter from Defendant to Robert Goff, Esq.)

    c. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 13 (Letter from Defendant to Robert Goff, Esq.)

    d. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 16 (Letter from DAG Stuart B. Drowos, Esq. to Defendant)

    e. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 17 (Letter from Superior Court to DAG Stuart B. Drowos, Esq.)

    f. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 18 ("A Declaration and Treaty of Peace to the World")

    g. Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 21 (Letter from Defendant to Robert Goff, Esq.)

2

2. Counsel has been unable to locate Del. Super. Ct. Crim. Dkt. ID#0208020744, D.I. 15. However, based on the docket item description ("Notice of Default and Assent to Contract"), counsel reasonably believes the document to be substantially similar, if not identical, to D.I. 17.

DATE: June 12, 2008

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on June 13, 2008, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Kevin McCray
S.B.I. 00490426
H.R.Y.C.I.
P.O. Box 9279
Wilmington, DE 19809

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: June 12, 2008