Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

07 cv 191 JJF

FILED
2008 JUN 25 PM 1:28
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kevin McCray
#318399
[address illegible]

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ OTHER

RTS — RETURN TO SENDER

$00.42 US POSTAGE

**Other Events**
1:07-cv-00191-JJF McCray v. Oxley et al
HABEAS, PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/18/2008 at 3:40 PM EDT and filed on 6/13/2008
**Case Name:**      McCray v. Oxley et al
**Case Number:**    1:07-cv-191
**Filer:**          Attorney General of the State of Delaware
**Document Number:** 28(No document attached)

**Docket Text:**
**STATE COURT RECORDS filed by Attorney General of the State of Delaware. (Record on file in Clerk's Office) (nms)**

**1:07-cv-191 Notice has been electronically mailed to:**

James Turner Wakley    james.wakley@state.de.us

**1:07-cv-191 Notice has been delivered by other means to:**

Kevin McCray
#3183799
Monmouth County Correctional Institution
1 Waterworks Road
Freehold, NJ 07728