IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN MCCRAY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-191-JJF |
| | ) | |
| **JOSEPH W. OXLEY**, Sheriff | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that, pursuant to this Court's Order of May 14, 2008, two copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

   a. Del. Super. Ct. Crim. Dkt. ID#0208020744 (retrieved August 18, 2008)

   b. Transcript of July 29, 2003 Colloquy and Guilty Plea

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500

DATE: August 18, 2008                              Del. Bar. ID No. 4612

1

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the attached document with the Clerk of Court using CM/ECF. I also certify that on August 18, 2008, I have mailed by United States Mail, two copies of the attached document to the following non-registered participant:

Kevin McCray
S.B.I. 00490426
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: August 18, 2008