07-191 JJF

8/24/08

Kevin McCray # 490426
H.R.Y.C.I
P.O. Box-9561
Wilmington, Delaware 19809

To whom it may concern at the U.S District Court - Clerk's Office.

Mr. Kevin McCray, recieved this from you last week without any Information/Documents attached to it.

Here is a copy of what Mr. McCray Recieved.

Could you Please Forward Mr. Kevin McCray a copy of what ever was filed by the Attorney General of the State of Delaware.

THANK you,
Kevin McCray

Prepard By: William Shell



FILED
AUG 2 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Other Events**
1:07-cv-00191-JJF McCray v. Oxley et al
HABEAS, PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 8/19/2008 at 1:53 PM EDT and filed on 8/19/2008
**Case Name:**        McCray v. Oxley et al
**Case Number:**      1:07-cv-191
**Filer:**            Attorney General of the State of Delaware
**Document Number:** 31(No document attached)

**Docket Text:**
**STATE COURT RECORD filed by Attorney General of the State of Delaware. (Record on file in Clerk's Office) (nms)**

**1:07-cv-191 Notice has been electronically mailed to:**

James Turner Wakley  james.wakley@state.de.us

**1:07-cv-191 Notice has been delivered by other means to:**

Kevin McCray
#00490426
H.R.Y.C.I.
P.O. Box 9279
Wilmington, DE 19809

Kevin McCray
00490426
H.R.Y.C.I.
P.O. Box 9279
Wilmington, DE 19809

WILMINGTON DE 197
25 AUG 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-

U.S.M.S.
X-RAY