OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 27, 2008

TO:

**Kevin McCray**
#00490426
H.R.Y.C.I.
P.O. Box 9279
Wilmington, DE 19809

    **RE:  Letter Received Dated 8/24/08 Requesting State Court
         Records Filed by Deputy Attorney General
         CA 07-191 JJF**

Dear Mr. McCray:

    This is in response to your letter received on 8/26/08 requesting a copy of Docket Item No. 31 - State Court Record filed on 8/19/08.  Enclosed please find a highlighted copy of the Certificate of Service that was filed by the Deputy Attorney General on 8/18/08 indicating he mailed two copies of the requested documents to you on 8/18/08.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/rwc                               PETER T. DALLEO
                                     CLERK

cc:  The Honorable Joseph J. Farnan
enc: DI# 30